The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$549,977.45, MORE OR LESS, IN UNITED STATES CURRENCY, and A 2005 BLACK CADILLAC ESCALADE, VIN #1GYEK63N85R212801, WASHINGTON STATE LICENSE #893-WZZ,<br><br>Defendants. | No. 2:11-cv-1975-JLR<br><br>[Proposed]<br>**JUDGMENT OF FORFEITURE** |

Plaintiff United States of America filed a Verified Complaint for Forfeiture *In Rem* against Defendants $549,977.45, more or less, in United States currency, seized from Dennis Harris, Jr. on May 28, 2011 and a 2005 black Cadillac Escalade, Vin #1GYEK63N85R212801, Washington state license #893-WZZ, alleging the assets were (A) property constituting or derived from proceeds traceable to contraband cigarette trafficking in violation of 18 U.S.C. § 2342(a), and thus subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C); and (B) property constituting or derived from proceeds

//

JUDGMENT OF FORFEITURE - 1
*U.S. v. $549,977.45 in U.S. Currency, et al.*
Case No. 2:11-cv-1975-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

traceable to, or property that facilitated, drug trafficking in violation of 21 U.S.C. § 841(a)(1), and thus subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Notice of this forfeiture action was published on an official government website, www.forfeiture.gov, for at least 30 consecutive days, beginning on December 1, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. All interested persons were advised to file their claims pursuant to Supplemental Rule G(5) with the Clerk of the Court within 60 days after the first date of publication and to serve their Answers to the Complaint within 21 days after filing a claim.

The United States perfected service of direct notice of this forfeiture action on the following parties:

    A.    Dennis Harris, Jr. c/o Attorney John Henry Browne on December 9, 2011, via Certified U.S. Mail, Return Receipt Requested (article no. 7010-1670-0002-4081-7525);

    B.    Dawn Howe, c/o Attorney John Henry Browne on December 9, 2011, via Certified U.S. Mail, Return Receipt Requested (article no. 7010-1670-0002-4081-7549); and

    C.    Dawn How on December 29, 2011, via Certified U.S. Mail, Return Receipt Requested (article no. 7008-3230-0000-6875-2591).

On January 9, 2012, Claimant Dennis Harris, Jr. filed a Claim to the subject property.

On June 15, 2012, this civil forfeiture matter was stayed pending resolution of the parallel state criminal proceedings against Claimant Dennis Harris.

On May 2, 2016, the Court approved a stipulated settlement agreement between the United States and the Claimant, wherein the United States agreed to return $125,000.00 of the Defendant funds to Claimant Dennis Harris, Jr.; and Claimant Dennis Harris, Jr. agreed to withdraw his claim to the remaining $424,977.45 in United States currency of the defendant funds and the defendant 2005 Cadillac Escalade, VIN

JUDGMENT OF FORFEITURE - 2
U.S. v. $549,977.45 in U.S. Currency, et al.
Case No. 2:11-cv-1975-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1GYEK63N85R212801, and further agreed to not oppose a motion for judgment of forfeiture.

All persons and entities believed to have an interest in the defendant properties in this case were given proper notice of the intended forfeiture.

To date, no additional claim to the defendant properties has been filed, and the time for doing so has expired.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. This Court has jurisdiction of this matter and over the defendant properties and parties pursuant to 28 U.S.C. §§ 1345 and 1355. This Court has venue pursuant to 28 U.S.C. § 1395.

2. The following remaining portion of the defendant funds and defendant vehicle are hereby forfeited to the United States of America, and no right, title, or interest in said funds shall exist in any other person or entity:

    a. $424,977.45 in United States currency; and

    b. A 2005 black Cadillac Escalade, Vin #1GYEK63N85R212801, Washington state license #893-WZZ.

//
//
//
//
//
//
//
//
//
//
//

JUDGMENT OF FORFEITURE - 3
U.S. v. $549,977.45 in U.S. Currency, et al.
Case No. 2:11-cv-1975-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.  The United States Marshals Service and/or its agents and representatives shall dispose of the forfeited property in accordance with the law.

4.  The Court shall deliver three (3) "raised seal" certified copies of this Judgment of Forfeiture to the United States Attorney's Office in Seattle, Washington.

DATED this 8th day of July, 2016.

_____
JAMES L. ROBART
United States District Judge

Presented by:

/s/ Richard E. Cohen
RICHARD E. COHEN
Assistant U.S. Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 253-4665
(206) 553-6934 (fax)
Email: Richard.E.Cohen@usdoj.gov

JUDGMENT OF FORFEITURE - 4
U.S. v. $549,977.45 in U.S. Currency, et al.
Case No. 2:11-cv-1975-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970